# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| **Radfan Awad,** | Civil No. 07-7 (DSD/JJG) |
| Petitioner, |  |
| v. | **ORDER** |
| **Mark Cangemi,** |  |
| Respondent. |  |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Mr. Awad's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 28, 2008

    s/David S. Doty
DAVID S. DOTY
United States District Judge